KATHY J. HUANG (SBN 240677)
kathy.huang@alston.com
RACHEL E. K. LOWE (SBN 246361)
rachel.lowe@alston.com
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100

Attorneys for Defendant
COLONIAL PENN LIFE
INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK COLE, on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PENN LIFE INSURANCE COMPANY; and DOES 1 to 50, inclusive<br><br>Defendants. | Case No.<br><br>State Case No.: 23CV012045<br><br>**DEFENDANT COLONIAL PENN LIFE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT** |

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Colonial Penn Life Insurance Company, by and through the undersigned, states that it is a wholly-owned indirect subsidiary of CNO Financial Group, Inc.

DATED: December 22, 2023

**ALSTON & BIRD LLP**

By: */s/ Kathy J. Huang*
    Kathy J. Huang
    Rachel E. K. Lowe
    Attorneys for Defendant
    COLONIAL PENN LIFE INSURANCE COMPANY

# PROOF OF SERVICE

I, Nora Fernandez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California, 90071.

On December 22, 2023, I served the document(s) described as **STIPULATION EXTENDING DEFENDANT COLONIAL PENN LIFE INSURANCE COMPANY'S DEADLINE TO RESPOND TO PLAINTIFF'S INTIAL COMPLAINT BY NOT MORE THAN 28 DAYS** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows: SEE ATTACHED SERVICE LIST

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California, 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California, 90071.

☐ ☐ UPS NEXT DAY AIR ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ UPS ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY [specify name of service: _____] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ UPS ☐ FEDERAL EXPRESS ☐ OVERNIGHT DELIVERY [specify name of service: _____] authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California, 90071 with delivery fees fully provided for.

☒ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document(s) by electronic mail transmission with attachment to the parties at the electronic mail address set forth on the attached Service List.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal] I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 22, 2023, at Los Angeles, California.

*Nora Fernandez*
Nora Fernandez

*Mark Cole, et al. v. Colonial Penn Life Insurance Company, et al.*
_____

**SERVICE LIST**

<u>*Attorneys for Plaintiff and Proposed Class*</u>

Zev B. Zysman
Law Offices of Zev B. Zysman
Email: *zev@zysmanlaca.com*
Address: *15760 Ventura Blvd., Suite 700 Encino, CA 91436*
Phone: *(818) 783-8836*

Todd M. Friedman
Adrian R. Bacon
Law Offices of Todd M. Friedman, P.C.
Email: *tfriedman@toddflaw.com*
*abacon@toddflaw.com*
Address: *21031 Ventura Blvd. Suite 340 Woodland Hills, CA 91364*
Phone: *(323) 306-4234*