KATHY J. HUANG (SBN 240677)
E-mail: kathy.huang@alston.com
RACHEL E. K. LOWE (SBN 246361)
E-mail: rachel.lowe@alston.com
**ALSTON & BIRD LLP**
350 S. Grand Avenue, 51st Floor
Los Angeles, California 90071
Telephone:  +1 213 576 1000
Facsimile:   +1 213 576 1100

Attorneys for Defendant
**COLONIAL PENN LIFE INSURANCE COMPANY**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK COLE, on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PENN LIFE INSURANCE COMPANY; and DOES 1 to 50, inclusive<br><br>Defendants. | Case No. 2:23-cv-02993-KJM-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE MARCH 14, 2024 STATUS CONFERENCE AND FEDERAL RULE OF CIVIL PROCEDURE RULE 26(f) DEADLINES**<br><br>Complaint Filed:  November 20, 2023<br>Removal Date:     December 22, 2023 |

## ORDER

Plaintiff MARK COLE, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant COLONIAL PENN LIFE INSURANCE COMPANY, ("Colonial Penn"), having so stipulated, and for good cause shown, IT IS HEREBY ORDERED that:

1. The March 14, 2024 Status (Pretrial Scheduling) Conference is continued for 120 days to July 11, 2024 at 2:30 p.m.; and

2. The parties shall submit a Joint Status Report that includes the Rule 26(f) discovery plan at least **fourteen (14) days prior** to the status conference. *See* Order Setting Status (Pretrial Scheduling) Conference, ECF No. 2 (discussing what the joint status report must address).

**IT IS SO ORDERED**.

DATED: March 1, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE