KATHY J. HUANG (SBN 240677)
E-mail: kathy.huang@alston.com
RACHEL E. K. LOWE (SBN 246361)
E-mail: rachel.lowe@alston.com
**ALSTON & BIRD LLP**
350 S. Grand Avenue, 51st Floor
Los Angeles, California 90071
Telephone:  +1 213 576 1000
Facsimile:   +1 213 576 1100

Attorneys for Defendant
**COLONIAL PENN LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK COLE, on behalf of himself and all others similarly situated and aggrieved,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PENN LIFE INSURANCE COMPANY; and DOES 1 to 50, inclusive<br><br>Defendants. | Case No. 2:23-cv-02993-KJM-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE JULY 11, 2024 STATUS CONFERENCE AND FEDERAL RULE OF CIVIL PROCEDURE RULE 26(f) DEADLINES**<br><br>Complaint Filed:   November 20, 2023<br>Removal Date:     December 22, 2023 |

**ORDER**

Plaintiff MARK COLE, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant COLONIAL PENN LIFE INSURANCE COMPANY, ("Colonial Penn"), having so stipulated, and for good cause shown, IT IS HEREBY ORDERED that:

1. The July 11, 2024 Status Conference is continued to September 12, 2024 at 2:30 p.m.; and

2. The parties shall file a Joint Report at least 14 days before the new status conference date.

**IT IS SO ORDERED**.

DATED: July 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE